Kevin C. Lombardi
Sarah H. Concannon
SECURITIES AND EXCHANGE COMMISSION
100 F Street, NE
Washington, DC 20549-5977
Telephone: (202) 551-8753 (Lombardi)
Email: lombardik@sec.gov
Telephone: (202) 551-5361 (Concannon)
Email: concannons@sec.gov

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>– against –<br><br>LONGFIN CORP.,<br>VENKATA S. MEENAVALLI,<br>ANDY ALTAHAWI,<br>SURESH TAMMINEEDI, and<br>DORABABU PENUMARTHI,<br><br>Defendants. | No. 1:18-cv-02977 (DLC)<br><br>NOTICE OF FILING OF PROPOSED ORDER |

------------------------------------------------------------------------x

In accordance with the parties' statements to the Court on Friday, April 20, 2018, Plaintiff Securities and Exchange Commission hereby provides notice that it has submitted a proposed order to the email address specified in ECF Rule 18.2 to lift the terms of the *ex parte* order (ECF No. 16-1) against Defendants Longfin Corp. and Venkata S. Meenavalli.

Jay K. Musoff, Esq., counsel for Defendant Longfin Corp., and Robert G. Heim, Esq., counsel for Defendant Venkata S. Meenavalli, have reviewed this filing and the proposed order and consent to entry of the proposed order.

| | |
|---|---|
| Dated: April 23, 2018 | s/ Kevin C. Lombardi |
| | Kevin C. Lombardi |
| | lombardik@sec.gov |
| | Sarah H. Concannon |
| | concannons@sec.gov |
| | Trial Attorneys |
| | Division of Enforcement |
| | Securities and Exchange Commission |
| | 100 F Street, NE |
| | Washington, DC  20549 |
| | Tel:  (202) 551-8753 (Lombardi) |
| | Fax: (202) 772-9291 (Lombardi) |
| | |
| | *Attorneys for Plaintiff  Securities and Exchange Commission* |

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing NOTICE OF FILING OF PROPOSED ORDER filed through the CM/ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

          s/ Kevin C. Lombardi
          Kevin C. Lombardi