USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/23/18

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------x

SECURITIES AND EXCHANGE COMMISSION,

       Plaintiff,

  – against –

LONGFIN CORP.,
VENKATA S. MEENAVALLI,
ANDY ALTAHAWI,
SURESH TAMMINEEDI, and
DORABABU PENUMARTHI,

       Defendants.

----------------------------------------------------------------x

No. 1:18-cv-02977 (DLC)

~~[PROPOSED]~~ ORDER

  The *ex parte* Order to Show Cause and Temporary Restraining Order Freezing Assets and Granting Other Relief (ECF No. 16-1), entered in this action on April 4, 2018, is hereby vacated with respect to Defendant Longfin Corp. and Defendant Venkata S. Meenavalli. The order shall remain in effect as to the remaining Defendants in accordance with its terms.

Dated: April 23, 2018

           _____
           DENISE L. COTE
           UNITED STATES DISTRICT JUDGE