UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
SECURITIES AND EXCHANGE COMMISSION,
                          Plaintiff

18 **CIVIL** 2977 (DLC)

-against-

**DEFAULT**

LONGFIN CORP., VENKATA S, MEENAVALLI,
AMRO IZZELDEN ALTAHWI a/k/a ANDY
ALTAHAWI, SURESH TAMMINEEDI, and
DORABABU PENUMARTHI,
                          Defendants
------------------------------------------------------------------X

      I, RUBY J. KRAJICK, Clerk of the United States District Court for the Southern District of New York, do hereby certify that this action was commenced on April 4, 2018 with the filing of a summons and complaint, a copy of the summons and complaint was served on defendant(s) Vankata S. Meenavalli by e-mail, and proof of service was therefore filed on April 4, 2018, Doc. # 22; on December 7, 2018, counsel for Defendants Longfin Corp. ("Longfin") and Vaankata S. Meenavalli moved to withdraw as counsel for both defendants' on December 11, this Court issued an Order requiring, should the motion be granted, that Meenavalli complete a Notice of Appearance form and submit it by mail to the Pro Se Office by December 21 on December 18, the motion to withdraw as counsel was granted; on January 3, the Court issued another order entering default against Longfin and extending time for Meenavalli to submit a Notice of Appearance form to January 18; this order indicated that failure of Meenavalli to submit a Notice of Appearance form by January 18 would result in an entry of default against him;.Meenavalli has not submitted a Notice of Appearance for to the Pro Se Office; default is entered against defendant Meenavalli.

**Dated:** New York, New York

April 4, 2019

BY: _____

RUBY J. KRAJICK
Clerk of Court

Deputy Clerk