

**UNITED STATES**

**SECURITIES AND EXCHANGE COMMISSION**

100 F STREET, N.E.
WASHINGTON, D.C. 20549

DIVISION OF
ENFORCEMENT

Kevin C. Lombardi
Trial Attorney
Direct Dial: 202-551-8753
Facsimile: 202-772-9291
lombardik@sec.gov

April 29, 2019

Chambers, The Honorable Denise L. Cote
Daniel Patrick Moynihan United
 States Courthouse
500 Pearl Street
New York, NY 10007-1312
Tel: (212) 805-0202

Re: *SEC v. Longfin Corp., et al.*, No. 1:18-cv-02977

Dear Judge Cote:

Plaintiff Securities and Exchange Commission ("SEC" or "Commission"), with the consent of Defendant Andy Altahawi, hereby requests that the Court stay all proceedings against him until June 7, 2019, the due date for the submission of the SEC's default papers against Defendants Longfin Corp. and Venkata Meenavalli (ECF No. 88), which the SEC does not request be stayed.

Counsel for the SEC and Defendant Altahawi have reached a settlement in principle that would resolve all of the SEC's claims. The settlement remains subject to approval by the Commission. Undersigned counsel will promptly inform the Court if there is any reason to believe that the Commission will not approve the settlement in principle.

Sincerely,

Kevin C. Lombardi
Trial Attorney

**MEMO ENDORSED**

Granted.
/s/ Denise Cote
April 29, 2019