Kevin C. Lombardi
Stephan S. Schlegelmilch
SECURITIES AND EXCHANGE COMMISSION
100 F Street, N.E.
Washington, DC  20549-5977
Telephone:  (202) 551-8753 (Lombardi)
Email:  lombardik@sec.gov
Telephone:  (202) 551-4935 (Schlegelmilch)
Email:  schlegelmilchs@sec.gov

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | : | |
| | : | |
| Plaintiff, | : | Case No. |
| | : | |
| – against – | : | |
| | : | |
| LONGFIN CORP. | : | |
| VENKATA S. MEENAVALLI, and | : | |
| ANDY ALTAHAWI, | : | |
| | : | |
| Defendants. | : | |

-----------------------------------------------------------------x

### NOTICE REGARDING SECOND AMENDED COMPLAINT AGAINST DEFENDANT ANDY ALTAHAWI

In connection with the *Consent of Andy Altahawi* and the proposed *Final Judgment as to Defendant Andy Altahawi*, the Securities and Exchange Commission represents that, pursuant to Federal Rule of Civil Procedure 15(a)(2), it has obtained written consent from Defendant Altahawi to file the second amended complaint.

Respectfully submitted,

Dated:  June 5, 2019

s/ Kevin C. Lombardi
Kevin C. Lombardi
Email:  lombardik@sec.gov
Stephan J. Schlegelmilch
Email:  schlegelmilchs@sec.gov
Division of Enforcement, SEC
Securities and Exchange Commission
100 F Street, NE

Washington, DC  20549
Tel:  (202) 551-8753 (Lombardi)
Fax:  (202) 772-9291 (Lombardi)

*Attorneys for Plaintiff Securities and Exchange Commission*

## CERTIFICATE OF SERVICE

I hereby certify that, on June 5, 2019, the foregoing NOTICE REGARDING SECOND AMENDED COMPLAINT AGAINST DEFENDANT ANDY ALTAHAWI was served upon the parties to this matter through the CM/ECF system

s/ Kevin C. Lombardi
Kevin C. Lombardi