

**Proskauer**  Proskauer Rose LLP   Eleven Times Square   New York, NY 10036-8299

August 2, 2019

By ECF

Hon. Denise L. Cote
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312



Robert J. Cleary
Member of the Firm
d +1.212.969.3340
f 212.969.2900
rjcleary@proskauer.com
www.proskauer.com

Re:  *Securities and Exchange Commission v. Longfin Corp. et al.*, case 1:18-cv-02977-DLC: Letter Motion for Extension of Time

Dear Judge Cote:

I represent Venkata S. Meenavalli in the above-captioned matter, and I am writing to request a second extension of time to respond to the SEC's motion for entry of default judgment (Dkt. 98), which was originally due on July 5, 2019. On July 2, 2019, Your Honor granted my first request for an extension to August 5, 2019. I am now requesting a two-month extension to October 7, 2019.

I have been engaged in productive settlement discussions with the SEC staff in an effort to reach a global resolution of this case and *SEC v. Longfin Corp., et al.*, 1:19-cv-05296-DLC. Nonetheless, the SEC has refused to consent to any extension to respond in this matter unless I agree to accept service of the SEC's 2019 Complaint on Mr. Meenavalli's behalf. I am not currently in a position to agree to accept such service.

The requested additional time to negotiate a global settlement is likely to save Mr. Meenavalli, the SEC, and this Court from wasting limited resources further litigating these matters. For that reason, I am requesting that Your Honor extend Mr. Meenavalli's time to respond to the SEC's motion for entry of default judgment to October 7, 2019.

Respectfully submitted,

/s/ Robert J. Cleary

Robert J. Cleary

cc:  Adam B. Gottlieb, Esq. by ECF
     Samantha M. Williams, Esq. by ECF
     Stephan J. Schlegelmilch, Esq. by ECF
     Robert G. Heim, Esq. by ECF

*Denied.*
*[signature] Denise Cote*
*8/2/19*

**MEMO ENDORSED**