Proskauer Rose LLP   Eleven Times Square   New York, NY 10036-8299

August 5, 2019

By ECF

Hon. Denise L. Cote
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

Robert J. Cleary
Member of the Firm

d +1.212.969.3340
f 212.969.2900
rjcleary@proskauer.com
www.proskauer.com

      Re:    Motion for Entry of Default Judgment in *Securities and Exchange Commission v. Longfin Corp. et al.*, case 1:18-cv-02977-DLC

Dear Judge Cote:

I represent Venkata S. Meenavalli in the above-captioned matter.  I write to inform the Court that, although we dispute the substantive allegations in the Complaint, Mr. Meenavalli has decided not contest the SEC's motion for entry of a default judgment (Dkt. 98).

Respectfully submitted,

*/s/ Robert J. Cleary*

Robert J. Cleary

cc:    Adam B. Gottlieb, Esq. by ECF
       Samantha M. Williams, Esq. by ECF
       Stephan J. Schlegelmilch, Esq. by ECF
       Robert G. Heim, Esq. by ECF