UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------X
SECURITIES AND EXCHANGE COMMISSION,          :
                                             :
                        Plaintiff,           :
                                             :         18cv2977(DLC)
          -v-                                :
                                             :         ORDER
LONGFIN CORP., VENKATA S. MEENAVALLI,        :
AMRO IZZELDEN ALTAHWI a/k/a ANDY             :
ALTAHAWI, SURESH TAMMINEEDI, and             :
DORABABU PENUMARTHI,                         :
                                             :
                        Defendants.          :
-----------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8-6-2019

DENISE COTE, District Judge:

On June 7, 2019, final judgments were entered as to defendants Andy Altahawi, Dorababu Penumarthi, and Suresh Tammineedi. On August 6, 2019, final judgments were entered as to defendants Longfin Corp. and Venkata S. Meenavalli. It is hereby

ORDERED that the Clerk of Court is directed to close the case.

Dated:    New York, New York
          August 6, 2019

                                        _____
                                                DENISE COTE
                                        United States District Judge