```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------X
                                           :
SECURITIES AND EXCHANGE COMMISSION,        :    18cv2977 (DLC)
                                           :
                      Plaintiff,           :        ORDER
                                           :
            -v-                            :
                                           :
LONGFIN CORP., VENKATA S. MEENAVALLI,      :
AMRO IZZELDEN ALTAHWI a/k/a ANDY           :
ALTAHAWI, SURESH TAMMINEEDI, and           :
DORABABU PENUMARTHI,                       :
                                           :
                      Defendants.          :
                                           :
------------------------------------------X
```

DENISE COTE, District Judge:

On April 24, 2020, plaintiff in the putative class action lawsuit, In re Longfin Corp. Securities Class Action Litigation, No. 18cv2933 (DLC) (S.D.N.Y. April 3, 2018) (the "Longfin Class Action"), filed with the Court, among other things, a proposed schedule and plan for providing class notice.  It is hereby

ORDERED that the Securities and Exchange Commission ("SEC") is invited, but not required, to participate in a telephone conference scheduled in the Longfin Class Action to occur on **May 1, 2020** at **9:00 am.**  The dial-in credentials for the telephone conference are as follows:

```
        Dial-in:        888-363-4749
        Access code:    4324948
```

The parties shall use a landline if one is available.

IT IS FURTHER ORDERED that, if the SEC is able to provide

insight on any of the following questions, the Court encourages the SEC's participation in the May 1 telephone conference:

(1) What is the likelihood of recovery in the Longfin Class Action from defendants Longfin Corp., Venkata S. Meenavalli, Vivek K. Ratakonda, and Suresh Tammineedi?

(2) Why shouldn't the claims against defendants Dorababu Penumarthi and Andy Altahawi be dismissed with prejudice?

(3) How does counsel expect to obtain payment of attorney's fees in the Longfin Class Action?

(4) Has the plaintiff shown, pursuant to Rule 23(b)(3), that a class action is superior to other available methods for fairly and efficiently adjudicating this controversy, where a class action judgment will benefit the defendants but there is little likelihood of any benefit to the class?

Dated:   New York, New York
         April 27, 2020

                                    _____
                                           DENISE COTE
                                    United States District Judge