```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------X
                                          :
SECURITIES AND EXCHANGE COMMISSION,        :
                                          :
                         Plaintiff,       :     18cv2977 (DLC)
              -v-                         :
                                          :         ORDER
LONGFIN CORP., VENKATA S. MEENAVALLI,      :
ANDY ALTAHAWI, SURESH TAMMINEEDI,          :
DORABABU PENUMARTHI,                      :
                                          :
                         Defendants.      :
                                          :
-----------------------------------------X
```

DENISE COTE, District Judge:

On June 22, 2020, defendant Andy Altahawi filed a motion to modify the final judgment, entered on consent on June 7, 2019, pursuant to Rule 60(b)(5) and (6), Fed. R. Civ. P.  Accordingly, it is hereby

ORDERED that the Securities and Exchange Commission ("SEC") shall file any opposition by **July 10, 2020**.  Any reply is due **July 17**.

Dated:   New York, New York
         June 23, 2020

                              _____
                                      DENISE COTE
                              United States District Judge