UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>                             Plaintiff,<br><br>         v.<br><br>LONGFIN CORP., et al. | Case No.: 18-cv-2977-DLC |

### ~~(Proposed)~~ Order Approving a Distribution Plan for the Longfin Fair Fund

The Court having reviewed the Motion of Plaintiff Securities and Exchange Commission (the "SEC") for an Order to Show Cause relating to the SEC's proposed distribution plan for the Longfin Fair Fund (the "Plan"), the accompanying Memorandum in Support of Entry of an Order Approving a Distribution Plan for the Longfin Fair Fund, and the Plan;

**AND** the steps set forth in the Order to Show Cause (ECF No. 129) relating to investor notice of the proposed distribution plan having been completed;

**AND**, pursuant to the Order to Show Cause, the SEC having filed a Notice informing the Court that no objections to the proposed plan have been submitted as of the date of that Notice, and that the Plan and the Order to Show Cause have been published in accordance with Section I of that Order;

**AND** having considered all arguments presented and for good cause shown;

**IT IS HEREBY ORDERED** that:

1. The proposed plan (ECF No. 127-2) is hereby approved (the "Distribution Plan"); and

2. The Distribution Plan shall govern the administration and distribution of the Fair Fund previously established by Order entered April 15, 2020 (ECF No. 125).

Dated:   June 30  , 2020

                                               _____
                                               DENISE COTE
                                               United States District Judge