UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
SECURITIES AND EXCHANGE COMMISSION,                :
                                                    :
        Plaintiff,                              :
   v.                                              :
                                                    :   No. 1:18-cv-02977 (DLC)
                                                    :
LONGFIN CORP., VENKATA S. MEENAVALLI,               :   **NOTICE OF APPEAL**
AMRO IZZELDEN ALTAHWI a/k/a ANDY                    :
ALTAHAWI, SURESH TAMMINEEDI,                        :
DORABABU PENUMARTHI,                                :
                                                    :
        Defendants.                             :
------------------------------------------------------------------------X

      Notice is hereby given that Defendant Andy Altahawi hereby appeals to the United States Court of Appeals for the Second Circuit from the opinion and order entered on July 21, 2020, denying Altahawi's Motion Pursuant to Rule 60(b)(5) and (6) and for Relief From Final Judgment (the "July 21 Order"). This appeal is taken from each and every part of the July 21 Order.

Dated: New York, New York          /s/ Robert Heim
       August 17, 2020               Robert Heim
                                            Tarter Krinsky & Drogin LP
                                            1350 Broadway, 11th Floor
                                            New York, New York 10018
                                            Tel.: (212) 216-8000
                                            Fax: (212) 216-8001
                                            rheim@tarterkrinsky.com
                                            *Attorneys for Defendant Andy Altahawi*