USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/30/2021

**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------------x

SECURITIES AND EXCHANGE COMMISSION,

                                Plaintiff,

    – against –

LONGFIN CORP.,
VENKATA S. MEENAVALLI,
ANDY ALTAHAWI,
SURESH TAMMINEEDI, and
DORABABU PENUMARTHI,

                                Defendants.

-----------------------------------------------------------------x

**SATISFACTION OF CERTAIN PROVISIONS OF FINAL JUDGMENT AS TO DEFENDANT ANDY ALTAHAWI**

No. 1:18-cv-02977-DLC

WHEREAS, a judgment was entered in the above action on June 7, 2019 (the "Final Judgment") (ECF No. 100) in favor of Plaintiff, the United States Securities and Exchange Commission, and against Defendant Andy Altahawi ("Altahawi"), which Final Judgment included, *inter alia*, a money judgment against Altahawi in the total amount of $24,070,506, and said amount having been fully paid by Altahawi and transferred to Plaintiff by Merrill Lynch, Pierce, Fenner and Smith, Inc., Bank of America, and Interactive Brokers, LLC pursuant to the Final Judgment, and it is certified that there are no outstanding executions with any Sheriff or Marshall,

THEREFORE, full and complete satisfaction of the monetary payment obligation (paragraphs V, VI, VII and VIII) in said Final Judgment is hereby acknowledged, and the Clerk of the Court is hereby authorized and directed to make entry of the full and complete satisfaction of the payment obligation on the docket of said Final Judgment. All other provisions and relief against Altahawi granted by the Court in the Final Judgment remain in effect.

This satisfaction does not affect any other judgments or orders entered in this matter, including but not limited to the judgments entered in this matter against Defendants Longfin Corp.,

Venkata S. Meenavalli, Suresh Tammineedi, and Dorababu Penumarthi (ECF Nos. 101, 102, 117, and 118).

*Samantha M. Williams*
Samantha M. Williams
SECURITIES AND EXCHANGE COMMISSION
100 F Street, N.E.
Washington, DC 20549
(202) 551-4061
williamssam@sec.gov

*Counsel for Plaintiff*

STATE OF ~~MARYLAND~~ VIRGINIA )
) ss.:
COUNTY OF __FAIRFAX__ )

On the 25th day of June, 2021 before me ~~personally~~ remotely came Samantha M. Williams to me known and known to be employed as a trial attorney for the United States Securities and Exchange Commission who has entered her appearance as an attorney for the United States Securities and Exchange Commission in the above-entitled action, and to be the same person described in and who executed the within satisfaction of judgment and acknowledged to me that she executed the same.



VY NGOC THANH NGUYEN / Notary Public

Notary Registration Number: __7365413__

My Commission Expires: __06/30/2024__

CERTIFICATE OF SERVICE

I hereby certify that on June 28, 2021, I filed a copy of the foregoing using this Court's CM/ECF system and thereby caused a copy of the document to be served electronically on all parties of record.

*/s/ Samantha M. Williams*
Samantha M. Williams
*Counsel for Plaintiff*