UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>                               Plaintiff,<br><br>v.<br><br>LONGFIN CORP., et al. | Case No.: 18-cv-2977-DLC |

### (Proposed) Order to Transfer Funds for Distribution

The Court having reviewed the Securities and Exchange Commission's (the "SEC") Motion for an Order to Transfer Funds for Distribution, the accompanying Memorandum in Support, the Declaration of Jessie Mahn, Project Manager for the Distribution Agent, Epiq Class Action and Claims Solutions, Inc. (the "Distribution Agent"), and any related filings;

**AND** the Distribution Agent having provided to the SEC a Payee List and Reasonable Assurances Letter in accordance with the plan of distribution approved by this Court (the "Plan");

**AND** having considered all arguments presented and for good cause shown;

**IT IS HEREBY ORDERED** that:

1. In accordance with directions to be provided to the SEC staff by the Distribution Agent, the SEC shall transfer $28,214,850.79 to the escrow account established by the Distribution Agent at The Huntington National Bank; and

2. The Distribution Agent shall distribute those funds to Eligible Claimants in accordance with the Plan.

Dated: August 25, 2022

                                          Denise L. Cote
                                          U.S. District Judge