UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>          **Plaintiff,**<br><br>   v.<br><br>**LONGFIN CORP., et al.** | Case No.: 18-cv-2977-DLC<br><br>**Notice of Motion and Motion for an Order to Withdraw as Counsel for the Plaintiff, the Securities and Exchange Commission** |

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

PLEASE TAKE NOTICE that, upon the accompanying Motion and Proposed Order, the undersigned, an attorney of record for the Plaintiff, the Securities and Exchange Commission (the "SEC"), respectfully moves this Court, pursuant to Local Rule 1.4(b), for leave to withdraw as counsel of record for the SEC. The reason for the withdrawal is that the movant leaving the SEC at the end of March 2025. The remaining counsel of record will continue to represent the SEC in this action.

## MOTION

The undersigned, who is leaving the SEC at the end of March 2025, respectfully requests that the Court enter an Order granting the undersigned leave to withdraw as counsel for the SEC in the captioned matter. The remaining counsel of record will continue to represent the SEC in this action.

WHEREFORE, the undersigned respectfully requests that this Court enter the proposed Order and grant such other relief as it deems just and proper.

Dated: March 21, 2025

                         Respectfully submitted,

                         <u>s/Catherine E. Pappas</u>
                         Catherine E. Pappas
                         Admitted *Pro Hac Vice*, ECF 121
                         Email: pappasc@sec.gov
                         Securities and Exchange Commission
                         One Penn Center
                         1617 JFK Blvd., Ste. 520
                         Philadelphia, Pa.  19103
                         Tel: (215) 597-0657
                         Fax: (215) 597-2740
                         *Attorney for Plaintiff Securities and Exchange Commission*

**CERTIFICATE OF SERVICE**

I hereby certify that, on March 21, 2025, the foregoing Notice of Motion for an Order to withdraw as counsel, and accompanying papers, was served upon the parties to this matter through the CM/ECF system.

In addition, I will send the foregoing filing by:

- first-class mail on March 22,2025 to (i) Legalinc Corporate Services, Inc., 2035 Sunset Lake Road, Suite B-2, Newark, DE 19702 (Longfin's registered agent); and (ii) McManimon, Scotland & Baumann, LLC, 75 Livingston Avenue, Suite 201, Roseland, NJ 07068, Attn: Michele M. Dudas (Longfin's Assignee for the Benefit of Creditors in Monmouth County, New Jersey); and

- on March 21, 2025, email transmission to Venkata S. Meenavalli at chairman@longfincorp.com and venkat@stampedecap.com.

s/Catherine E. Pappas
Catherine E. Pappas