UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>                              Plaintiff,<br><br>v.<br><br>LONGFIN CORP., et al. | Case No.: 18-cv-2977-DLC |

### ~~(Proposed)~~ a Order on Motion to Withdraw

The Court has reviewed the motion of Catherine E. Pappas, Esq., counsel of record for the plaintiff, the Securities and Exchange Commission (the "SEC"), to withdraw as counsel for the SEC; and for good cause shown;

**IT IS HEREBY ORDERED** that Catherine E. Pappas, Esq. is hereby **GRANTED** leave to withdraw as counsel from the above-captioned case pursuant to Local Civil Rule 1.4. The Clerk of Court is directed to note on the docket that her representation of the Plaintiff is terminated.

**IT IS SO ORDERED.**

Dated: March 21, 2025

_____
Denise L. Cote
U.S. District Judge